THE KANSAS PACIFIC RLY. CO. v. W. E. TAYLOR.

ACTION under chapter 94, laws of 1874, brought by *Taylor* against the *Railroad Company*, to recover damages for killing two horses belonging to plaintiff. Trial at the November Term, 1879, of the Davis district court, and verdict and judgment for plaintiff. The *Railroad Company* brings the case here.

*Chas. Monroe,* for plaintiff in error.

*James Ketner,* for defendant in error.

*Per Curiam:* This case is reversed, because the defendant in error (plaintiff below) failed to prove any demand. (*Ball v. K. P. Rly. Co.,* 19 Kas. 535.)